JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MACIAS, individually,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES HARBOR DEPARTMENT, a/k/a PORT OF LOS ANGELES, and DOES 1 – 10.<br><br>  Defendants. | CASE NO.: 2:21cv05334-CAS(AGRx)<br><br>**ORDER OF DISMISSAL**<br><br>**Judge: Christina A. Snyder** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

ORDERED on this 15th day of November, 2023.

*Christina A. Snyder*
Christina A. Snyder
United States District Judge

---

1
JOINT STIPULATION OF DISMISSAL AND ORDER